AARON D. FORD
 Attorney General
Erica Berrett (Bar. No. 13826)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3110 (phone)
(702) 486-2377 (fax)
EBerrett@ag.nv.gov
Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS A. NAVARRETTE,<br><br>    Petitioner,<br><br>  vs.<br><br>CALVIN JOHNSON, WARDEN, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-02061-APG-DJA<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO AMENDED PETITION (ECF NO. 11)**<br><br>**(FIRST REQUEST)** |

Respondents move this Court for an enlargement of time of forty-five (45) days from the current due date of September 27, 2021, up to an including November 11, 2021, in which to file their Response to Nicholas A. Navarrette's Amended Petition for Writ of Habeas Corpus (ECF No. 11). This Motion is made pursuant to FED. R. CIV. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the first enlargement of time sought by Respondents to file the response to the Amended Petition, and the request is brought in good faith and not for the purpose of delay.

DATED: September 23, 2021.

Submitted by:

AARON D. FORD
Attorney General

By:  /s/ Erica Berrett
Erica F. Berrett (Bar. No. 13826)
Deputy Attorney General

IT IS SO ORDERED:

Dated:  September 24, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Page **1** of **3**