# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS A. NAVARRETTE,<br><br>            Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, et al.,<br><br>            Respondents. | Case No. 2:20-cv-02061-APG-DJA<br><br>**ORDER**<br><br>(ECF No. 15) |

Good cause appearing, I HEREBY ORDER that Respondents' unopposed Motion for Enlargement of Time (**ECF No. 15**) **is GRANTED**. Respondents have until December 10, 2021 to answer or otherwise respond to Petitioner's amended petition for writ of habeas corpus.

Dated: December 1, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1