**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS A. NAVARRETTE,<br><br>　　　　　　Petitioner,<br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, et al.,<br><br>　　　　　　Respondents. | Case No. 2:20-cv-02061-APG-DJA<br><br>**ORDER**<br><br>(ECF No. 42) |

　　　Good cause appearing, I HEREBY ORDER that Petitioner's unopposed Motion for Enlargement of Time (**ECF No. 42**) **is GRANTED**. Petitioner has until February 22, 2022 to respond to Respondents' Motion to Dismiss (ECF No. 41).

　　　Dated: December 21, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1