UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS A. NAVARRETTE,<br><br>          Petitioner,<br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, et al.,<br><br>          Respondents. | Case No. 2:20-cv-02061-APG-DJA<br><br>**ORDER**<br><br>(ECF No. 1) |

The respondents seek leave to file under seal three documents in the index, Petitioner's Presentence Investigation Report ("PSI"), Exhibit 119, dated January 17, 2013; Petitioner's Presentence Investigation Report – Victim Impact Statements, Exhibit 121; Petitioner's Supplemental Presentence Investigation Report, Exhibit 122.  Under Nevada law, the PSI is "confidential and must not be made a part of any public record." Nev. Rev. Stat. § 176.156(5).

Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, I find that a compelling need to protect Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.  Accordingly, the respondents' motion to seal (ECF No. 39) is granted, and Exhibits 119, 121, and 122 are considered properly filed under seal.

I THEREFORE ORDER that the respondents' motion to seal (**ECF No. 39**) is **GRANTED.**

Dated:  January 19, 2022

                                                                              ANDREW P. GORDON
                                                                              UNITED STATES DISTRICT JUDGE

1