**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS A. NAVARRETTE,<br><br>  Petitioner,<br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, et al.,<br><br>  Respondents. | Case No. 2:20-cv-02061-APG-DJA<br><br>**ORDER**<br><br>(ECF No. 46) |

Good cause appearing, I HEREBY ORDER that Respondents' unopposed Motion for Enlargement of Time (**ECF No. 46**) **is GRANTED**. Respondents have until March 31, 2022 to file their reply in support of their motion to dismiss.

Dated: March 21, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE