# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS A. NAVARRETTE,<br><br>Petitioner,<br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, et al.,<br><br>Respondents. | Case No. 2:20-cv-02061-APG-DJA<br><br>**ORDER**<br><br>(ECF No. 48) |

Good cause appearing, I HEREBY ORDER that Respondents' Motion for Enlargement of Time (**ECF No. 50**) **is GRANTED**. Respondents have until May 2, 2022 to file their reply in support of their motion to dismiss.

Dated: April 26, 2022

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE